**Electronically Filed**
**Supreme Court**
**SCWC-12-0000406**
**04-SEP-2013**
**11:02 AM**

SCWC-12-0000406

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

KURT BUTLER,
Petitioner/Plaintiff-Appellant,

vs.

CLINTON MYERS, JASON KEEFNER, and MDDR HEALTH SOLUTIONS, INC.,
Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000406; CIVIL NO. 09-1-0102(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Plaintiff-Appellant Kurt Butler's

application for writ of certiorari filed on July 29, 2013, is

hereby rejected.

DATED:  Honolulu, Hawai'i, September 4, 2013.

Kurt Butler,
petitioner, pro se

Jeffrey A. Griswold
for respondent MDDR
Health Solutions, inc.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

